JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIAHUI (DAVID) SHEN and SHIPGADGET CORP., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED PARCEL SERVICE and AMERICAN ARBITRATION ASSOCIATION, <br><br> Defendants. | Case No. 2:21-cv-08446-MCS-E <br><br> **JUDGMENT** |
| UNITED PARCEL SERVICE, <br><br> Counterclaimant, <br><br> v. <br><br> JIAHUI (DAVID) SHEN and SHIPGADGET CORP., <br><br> Counterclaim Defendants. | |

1    Pursuant to the Court's Order Re: Motions for Summary Judgment, it is ordered,
2    adjudged, and decreed that judgment is entered in favor of United Parcel Service and
3    against Jiahui (David) Shen and Shipgadget Corp. as to the claims brought in the Shen
4    and Shipgadget's complaint and in UPS's counterclaim. The Court orders that the
5    claims pending before the American Arbitration Association, captioned UPS v. Jiahui
6    Shen aka David Shen and Shipgadget Corp., AAA Case Number 01-21-004-3456, must
7    be arbitrated pursuant to the arbitration clause set forth in the UPS Tariff/Terms and
8    Conditions of Service.

10   **IT IS SO ORDERED.**

12   Dated: November 21, 2022

*Mark C. Scarsi*
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE